UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JANET ANDERSON, )
)
    Plaintiff, )
)
v. )
) CV416-202
NANCY A. BERRYHILL,[1] Acting )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

The Commissioner's unopposed motion to remand pursuant to sentence four of section 405(g) is **GRANTED**. Doc. 14; *see* 42 U.S.C. § 405(g) (giving the Court the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.").

Upon remand, the Administrative Law Judge is instructed to re-evaluate the medical evidence of record including the opinions

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit

of Drs. Frank Bynes Jr., William McRae, III, and Lee McGill. *See* 20 C.F.R. §§ 404.1527(c), 416.927(c). The ALJ will state the weight assigned to the opinions, cite adequate reasons for accepting or rejecting all of the limitations contained within the opinions, and if necessary, obtain supplemental vocational expert testimony concerning the effect of all of Plaintiff's impairments on her ability to perform other work.

Accordingly, the final decision of the Commissioner is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further action consistent with this Order.

SO ORDERED this 23 day of February, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA