# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JANET ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV416-202 |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commission of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On February 23, 2017, United States District Judge Lisa G. Wood granted the Commissioner's motion to remand plaintiff's social security appeal pursuant to sentence four of 42 U.S.C. § 405(g), and judgment was entered in plaintiff's favor. Docs. 15 & 16. Pursuant to the Equal Access to Justice Act ("EAJA"), plaintiff requests $ 2,763.07 in attorney's fees for 14.4 hours of work at the prevailing EAJA rate. Doc. 17. The Commissioner stipulates that she "will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel, if she determines that Plaintiff does not owe a federal debt." Doc. 18.

After reviewing the documentation plaintiff's counsel submitted to support her fee request, and given the Commissioner's agreement that

such fee is reasonable, the Court **GRANTS** plaintiff's motion for EAJA fees in the amount of $ 2,763.07. Doc. 17. The Commissioner shall pay such fees directly to plaintiff's counsel, subject to any offset for a federal debt owed by plaintiff.

**SO ORDERED,** this  11th  day of May, 2017.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA